JS 44 (Rev. 3/99)         CIVIL COVER SHEET         APPENDIX H

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Selahattin BALAT

### DEFENDANTS
John F. Kelly, et al.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Orlow and Orlow, P.C.
P.O. Box 40017
620 Chestnut St., Suite 656, Phila, PA 19106

Attorneys (If Known)
U.S. Attorney
615 Chestnut St., 12th Fl.
Phila, PA 19106

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
|  |  |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
|  |  |  | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  |  |
|  |  / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. § 1101

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 3/29/17

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

APPENDIX I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Selahattin BALAT : CIVIL ACTION
v.
John F. Kelly, et al. :
: NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) (✗)

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( )

3/29/17            _[signature]_            Plaintiff
Date               Attorney-at-law         Attorney for

215-922-1183       215-922-0516            aleight@orlow.com
Telephone          FAX Number              E-Mail Address

(Civ. 660) 10/02

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: Selahattin Balat c/o Orlow and Orlow, P.C., P.O. Box 40017

Address of Defendant: 615 Chestnut St., 12th Fl., Phila PA 19106    620 Chestnut St., Suite 656, Phila PA 19106

Place of Accident, Incident or Transaction: N/A
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))    Yes☐ No☑

Does this case involve multidistrict litigation possibilities?    Yes☐ No☑

RELATED CASE, IF ANY:

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes☐ No☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes☐ No☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?    Yes☐ No☐

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☑ All other Federal Question Cases
    (Please specify) Immigration

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)

ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, James J. Orlow, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 3/29/17    _____[signature]_____    PA 13108
                 Attorney-at-Law           Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 3/29/17    _____[signature]_____    PA 13108

James J. Orlow, Esq.
PA Bar 13108
Orlow & Orlow P.C.
P.O. Box 40017
620 Chestnut Street, Suite 656
Philadelphia, PA 19106
215-922-1183 (ph)
215-922-0516 (fax)
lisa@orlow.com

Attorney for Plaintiff

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# AT PHILADELPHIA

| | |
|---|---|
| **Selahattin BALAT,**<br>　　**Plaintiff,** | Case No. _____ |
| v. | Agency No. A075-434-456 |
| **JOHN F. KELLY, Secretary,**<br>**U.S. Department of Homeland Security;** | |
| **JAMES B. COMEY, JR., Director,**<br>**Federal Bureau of Investigation,** | |
| **LORI SCIALABBA, Acting Director,**<br>**U.S. Citizenship and Immigration**<br>**Services;** | |
| and **KATHLEEN BAUSMAN,**<br>**Field Office Director, U.S. Citizenship**<br>**& Immigration Services, Philadelphia PA** | |
| 　　**Defendants.** | |

# COMPLAINT FOR WRIT OF MANDAMUS
# OR PETITION FOR HEARING ON APPLICATION FOR
# NATURALIZATION

## INTRODUCTION

1. The Plaintiff, Selahattin Balat, brings this action to compel the Defendants to take action on and adjudicate his properly-filed application for naturalization. The Defendants maintain jurisdiction over the Plaintiff's application but have improperly withheld action to the detriment of the Plaintiff. In the alternative, Plaintiff seeks a hearing on his application for Naturalization with this Court.

## JURISDICTION

2. This Court has jurisdiction over the subject matter of this case pursuant to the Immigration and Nationality Act, as amended 8 U.S.C. §1101, *et seq.*, ("INA"), 28 U.S.C. § 2201 (declaratory judgment), 5 U.S.C. § 701, *et seq.* (the "Administrative Procedures Act") and 28 U.S.C. §§ 1331 and 1361, *et seq.* (federal question jurisdiction and mandamus). Relief is requested pursuant to said statutes. This action is not barred by the Real ID Act, P.L. 109-13, 119 Stat. 231 (May 11, 2005). The Defendants owe a non-discretionary duty to adjudicate the Plaintiff's application and Plaintiff files this case to compel action on the long-delayed application. The Plaintiff does not seek review of a discretionary decision of the Defendants.

3. To the extent that the Defendants' actions in this matter are not supported by substantial justification, attorney fees are appropriate. The Equal Access to

Justice Act, as amended, 5 U.S.C. § 504 and 28 U.S.C. § 2412 ("EAJA"), provides for the award of costs and attorney's fees to a prevailing party in litigation against the United States or one of its agencies. EAJA has been invoked to justify the award of attorney fees and costs in immigration cases. *See, e.g., Commissioner, Immigration and Naturalization Service v. Jean,* 496 U.S. 154 (1990), accord *Dabone v. Thornburgh,* 734 F.Supp. 195 (E.D. PA 1990) and *Harriott v. Ashcroft,* 277 F. Supp. 2d 538, 545-46 (E.D.Pa. 2003).

## VENUE

4. Pursuant to 28 U.S.C. § 1391(e)(2), venue properly lies in the United States District Court for the Eastern District of Pennsylvania because Plaintiff resides in this jurisdiction.

## PARTIES

5. Plaintiff Selahattin Balat (hereinafter referred to as "Mr. Balat") is a native and citizen of Turkey who resides in Langhorne, Pennsylvania. He has been a Lawful Permanent Resident since April 20, 2010. He was granted asylum before an immigration judge on January 16, 1998.

6. Mr. Balat filed an application for U.S. citizenship (Form N-400) on January 22, 2015. The application has been pending since that time, for over two years. Mr. Balat has not been scheduled for an interview.

7. Defendant John F. Kelly, Secretary of the U.S. Department of Homeland Security ("DHS"), is empowered with the implementation of benefits and services pursuant to the Immigration and Nationality Act (INA) 8 U.S.C. sec, 1101, et. seq. He is sued in his official capacity only.

8. Defendant Lori Scialabba is the Acting Director of U.S. Citizenship and Immigration Services ("USCIS"). She is charged under 8 U.S.C. sec. 1103(c) with all responsibilities delegated to her by the Secretary of the Department of Homeland Security and authority in the administration of the U.S. Citizenship and Immigration Services and the INA. She is sued in her official capacity only.

9. Defendant Kathleen Bausman, Field Office Director, U.S. Citizenship and Immigration Services, Philadelphia, Pennsylvania, is the designee of Defendants Kelly and Scialabba, empowered with implementing benefits and services under the INA in this district. As such, she is the individual with supervisory responsibility over the adjudication and action on Petitioner's application at issue here. She is sued in her official capacity only.

10. Defendant James B. Comey, Jr., Director of the Federal Bureau of Investigation ("FBI"), is named because the FBI is responsible for running all applicants for naturalization through its various security and background check programs. Director Comey is named as a defendant on information or

belief that the delay in this case may be attributed to a failure to process a security check. He is sued in his official capacity only.

## EXHAUSTION OF REMEDIES

11. Exhaustion of administrative remedy has been completed. At this time, there is simply no administrative alternative to this complaint. Plaintiff has made numerous inquiries regarding the status of his citizenship application. Before filing this suit, Plaintiff and undersigned counsel contacted USCIS through online requests and in-person inquiries to resolve this case without litigation. USCIS continues to fail to adjudicate the pending N-400. Thus, it has become clear that only this Court can compel the Defendants to take action.

## STATEMENT OF THE CASE AND THE FACTS

12. The claim for Mr. Balat is centered on his application to become a U.S. citizen. Mr. Balat received Lawful Permanent Resident (LPR) status under immigration classification AS6, as an approved asylee, on April 20, 2010. (LPR card, Exhibit 1).

13. Mr. Balat filed his N-400 application on January 22, 2015. (Receipt notice, Exhibit 2). He has not yet been scheduled for interview on his N-400.

14. On October 2, 2015, counsel submitted an inquiry with USCIS, as the case was outside of normal processing times. (Status inquiry, Exhibit 3). No action was taken as a result of the status inquiry.

15. On January 29, 2016, January 27, 2017 and March 22, 2017, counsel conducted INFOPASS appointments at USCIS Philadelphia to inquire about the pending N-400. Counsel was informed the case is continues to pend due to FBI clearances.

16. Mr. Balat's N-400 has been pending for over two years, without the scheduling of an interview.

## STATEMENT OF THE CLAIMS

### COUNT I

17. Paragraphs 1 through 16 are repeated and re-alleged as though fully set forth herein.

18. Defendants' refusal to adjudicate Mr. Balat's N-400 application violates the law and this Court is empowered to admit Mr. Balat to U.S. citizenship.

19. Defendants' inactions violate the APA in that together they function as a decision "without observance of procedure required by law." 5 U.S.C. §706(2)(D). The law the government actions and inactions specifically violate is 8 INA §360(a), 8 U.S.C. §1503(a) denying the privileges of U.S. citizenship.

### COUNT II

20. Paragraphs 1 through 19 are repeated and re-alleged as though fully set forth herein.

21. Defendants' actions and inactions violate the APA in that they are "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law;" and "contrary to constitutional right, power, privilege, or immunity." 5 U.S.C. §706(2)(A) and (B).

## COUNT III

22. Paragraphs 1 through 21 are repeated and re-alleged as though fully set forth herein.

23. Mr. Balat's N-400 application for naturalization may be pending due to an FBI clearance delay. Any derogatory information from the FBI has not been made available for examination by the Petitioner. The lack of opportunity for Petitioner to challenge any derogatory information deprives Petitioner of due process of law.

24. The Defendants' actions and inactions are a violation of the requirement to provide Due Process of law. U.S. Constitution, 5th Amend. *See also, U.S. ex. rel. Accardi v. Shaughnessy*, 347 U.S. 260 (1954).

## COUNT IV

25. Paragraphs 1 through 24 are repeated and re-alleged as though fully set forth herein.

26. The Defendants' actions and are also a violation of the law of because they fail to provide a duty owed to the Plaintiff, the proper adjudication of his

application for US citizenship. 28 U.S.C. §1361. The Plaintiff is being injured by the delay because it has resulted in the denial of access to the rights and benefits of U.S. citizenship.

WHEREFORE, for all the above stated reasons, Plaintiffs respectfully requests this Court to Order the following relief:

(a)     Conduct a *de novo* hearing on this matter as set forth in INA §310;

(b)     Find Plaintiff eligible for naturalization;

(c)     Grant Plaintiff costs and attorney's fees pursuant to the Equal Access to Justice Act (EAJA) or other applicable provisions as the Court may deem proper.

(d)     Grant such other and further relief as the Court may deem proper.

Respectfully submitted,

/s/ JAMES J. ORLOW (JJO3063)  
PA Bar No. 13108  
ORLOW AND ORLOW P.C.  
620 Chestnut Street, Suite 656  
P.O. Box 40017  
Philadelphia, PA 19106

March 27, 2017

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

Selahattin BALAT, )
    Plaintiff, ) Case No. _____
)
v. ) Agency No. A075-434-456
)
JOHN F. KELLY, Secretary, )
U.S. Department of Homeland Security; )
)
JAMES B. COMEY, JR., Director, )
Federal Bureau of Investigation, )
)
LORI SCIALABBA, Acting Director, )
U.S. Citizenship and Immigration )
Services; )
)
and KATHLEEN BAUSMAN, )
Field Office Director, U.S. Citizenship )
& Immigration Services, Philadelphia PA )
)
    Defendants. )

## CERTIFICATE OF SERVICE

I certify that the enclosed **COMPLAINT FOR WRIT OF MANDAMUS OR PETITION FOR HEARING ON APPLICATION FOR NATURALIZATION** with was served on the person whose name and address appears below via personal delivery:

Office of the U.S. Attorney
615 Chestnut Street
12th Floor
Philadelphia, PA 19106

/s/ James J. Orlow, Esquire (JJO3063)

Date: March 30, 2017

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
AT PHILADELPHIA

Selahattin BALAT,  )
    Plaintiff,  )    Case No. _____
                 )
         v.          )    Agency No. A075-434-456
                 )
JOHN F. KELLY, Secretary,  )
U.S. Department of Homeland Security;  )
                 )
JAMES B. COMEY, JR., Director,  )
Federal Bureau of Investigation,  )
                 )
LORI SCIALABBA, Acting Director,  )
U.S. Citizenship and Immigration  )
Services;  )
                 )
and KATHLEEN BAUSMAN,  )
Field Office Director, U.S. Citizenship  )
& Immigration Services, Philadelphia PA  )
                 )
    Defendants.  )

## EXHIBIT LIST

1. Lawful Permanent Resident card

2. Naturalization Receipt Notice

3. Status Inquiry, October 2, 2015



Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt | NOTICE DATE |
|---|---|
| | January 26, 2015 |
| **CASE TYPE** | **USCIS A#** |
| N-400, Application for Naturalization | A075434456 |
| **APPLICATION NUMBER** | **RECEIVED DATE** | **PRIORITY DATE** | **PAGE** |
| NBC*005579824 | January 22, 2015 | January 22, 2015 | 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

SELAHATTIN BALAT
C/O JAMES J. ORLOW ORLOW AND ORLOW PC 1023
620 CHESTNUT STREET STE 656
PHILADELPHIA, PA 19106

**PAYMENT INFORMATION:**

Single Application Fee:   $680.00

Total Balance Due:   $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:        October 01, 1969
Address Where You Live: 2205 TINA DRIVE
                      LANGHORNE, PA   19047

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

Upon receipt of all required Record Checks, you will be scheduled to appear for an interview at your local USCIS field office.

For more information about the naturalization process and eligibility requirements, please read *A Guide to Naturalization* (M-476). USCIS also has a free booklet to help study for the naturalization test. Ask about *Learn About the United States: Quick Civics Lessons* when you go to have your fingerprints taken at the Application Support Center.

You can get a copy of the Guide, the Quick Civics Lessons booklet, and other civics and citizenship study materials from the USCIS website (www.uscis.gov). You can also visit the USCIS website to find valuable information about forms and filing instructions, and about general immigration services and benefits.

If you have additional questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO 64002
Attention: N-400 Naturalization Applications
NBC$005579824

**USCIS Customer Service Number:**

(800)375-5283
ATTORNEY COPY



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 07/11/14 Y

U.S. Department of Homeland Security
USCIS National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64002



# U.S. Citizenship and Immigration Services

Saturday, October 17, 2015

ORLOW, JAMES
ORLOW AND ORLOW PC
620 CHESTNUT ST STE 656
PHILADELPHIA PA 19106

**ATTORNEY/PARALEGAL COPY**

SELAHATTIN BALAT
225 TINA DRIVE
LANGHORNE PA 19047

Dear Selahattin Balat:

On 10/02/2015 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Orlow, James |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | ORLOW, JAMES |
| **Case type:** | N400 |
| **Filing date:** | 01/22/2015 |
| **Receipt #:** | NBC*005579824 |
| **Referral ID:** | SR12751503524PHI |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A075434456 |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

Due to workload factors not related to your case, USCIS anticipates a delay in completing your case. USCIS is committed to adjudicating immigration benefits in the order received and in a timely and efficient manner. We regret any inconvenience that results from delays in processing.

Address Changes
If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information
If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

U.S. CIS - 10-17-2015 02:52 PM CDT - NBC*005579824